**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

DOROTHY THOMPSON,                                          No.  C 08-04014 SBA

       Plaintiff,                                                      **ORDER**

  v.

GENERAL MOTORS, *et al.*,

       Defendants.

      This action is hereby REFERRED, pursuant to Civil Local Rule 3-12(c), to District Judge Phyllis J. Hamilton for consideration of whether the case is related to *Thompson v. General Motors*, C 02-04039, or *Thompson v. United Auto Workers Union*, C 02-04226.  The Docketing Clerk is directed to prepare a notice of related case order.

      IT IS SO ORDERED.

9/2/08                                                                  _____
                                                                        Saundra Brown Armstrong
                                                                        United States District Judge